December 28, 2020

Clerk of Courts
United States District Court for South Carolina
901 Richland Street
Columbia, SC 29201

Re: Kier v. Stevie Knight, et al.
28 U.S.C. § 2241 Filing

Dear Clerk of Courts:

    I am writing regarding the above noted matter. Attached is a Motion/Memorandum in support. I am also including confirmation that a $5.00 check was sent to address the Court Filing fee. I am also requesting a filed copy as well. I will contact the Clerk's Office to confirm receipt of my packet.

Respectfully submitted,

/s/ [signature]
ROBERT KIER, Reg. No. 95562-020
FPC Estill
P.O. Box 699
Estill, SC 29918

Date: 11/14/2020
Time: 03:55:04 PM
Location: EST

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF PRISONS

## Request for Withdrawal of Inmate's Personal Funds

EST-C-B, 95562020 - KIER, ROBERT

Encumbrance No.: 19

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
**Court, Clerk Of**
**901 RICHLAND ST**
**U.S. DISTTRICT COURT**
**COLUMBIA**
**SC 29201**
**United States**

Purpose: Legal Fees
Check Memo: U.S.C. 2241 FILING FEE

_____
(Signature of Inmate)

95562020 - KIER, ROBERT
_____
(Inmate Register No./Name)

_____
(Signature of Approving Official)

_____
(Signature of Deposit Fund Tech)

_____
(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008